IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | Case No. 3:06CR191(01) |
| Kwame Boyd ) | |
| ) | |

**ORDER TERMINATING SUPERVISED RELEASE**

The above named began Supervised Release on April 2, 2010, for a period of 3 years. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this 19 day of December, 2012

The Honorable Thomas M. Rose
United States District Court Judge